# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GERALD BOBENMOYER, et al.,** | ) | |
| Plaintiffs, | ) | 8:10CV175 |
| vs. | ) | ORDER |
| **ROBERT WOOLAM, et al.,** | ) | |
| Defendants. | ) | |

The records of the court show a letter (Filing No. 4) was sent on May 6, 2010, to:

> Lance Carlson
> **CARLSON LAW FIRM**
> P.O. Box 458
> 120 West Broadway
> Randolph, NE 68771

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) within fifteen days. **See** NEGenR 1.3. As of the close of business on July 19, 2010, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 4, 2010**, attorney Lance Carlson shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in Mr. Carlson being removed as counsel of record for the plaintiff.

DATED this 20th day of July, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
