# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GERALD BOBENMOYER** and **PAUL KOCH**, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **ROBERT WOOLAM** and **SILVER CREEK EXPRESS, INC.**, | )<br>)<br>) |
| Defendants. | ) |

8:10CV175

ORDER

Upon notice of settlement (Filing No. 39) of the claims filed by the plaintiff Gerald Bobenmoyer given to the magistrate judge on March 29, 2011, by counsel for the defendant, and the plaintiff Paul Koch's April 4, 2011, related notice (Filing No. 41) of intent to pursue his claims in state court,

**IT IS ORDERED that:**

1. **On or before April 28, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled or will be dismissed in this court.

DATED this 5th day April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge