IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERALD BOBENMOYER and PAUL KOCH, | ) ) ) | Case No. 8: 10 CV-00175 |
| Plaintiffs, | ) ) ) | **ORDER ON** |
| vs. | ) ) | **JOINT STIPULATION** **FOR DISMISSAL** |
| ROBERT WOOLAM and SILVER CREEK EXPRESS, INC., | ) ) ) | |
| Defendants. | ) | |

    UPON Joint Stipulations of the parties and the Court being fully advised in the premises, the Court hereby orders that all claims of Plaintiff Gerald Bobenmoyer are hereby dismissed with prejudice, each party to pay their own costs.

    FURTHER, upon Joint Stipulations and the Court being fully advised in the premises, the claims of Plaintiff Paul Koch are hereby dismissed without prejudice, each party to pay their own costs.

    AND the claims of Defendants, Robert Woolam and Silver Creek Express, Inc., as against Plaintiffs Gerald Bobenmoyer and Paul Koch are hereby dismissed without prejudice, each party to pay their own costs.

    IT IS SO ORDERED.

    DATED this 20th day of April, 2011.

BY THE COURT:

s/ *Joseph F. Bataillon*
Chief District Judge